**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1985**

_____

In re: JOEY LAMONT BRUNSON,

        Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the District of South Carolina, at Columbia.  (3:14-cr-00604-JFA-18)

_____

Submitted:  October 19, 2023                    Decided:  October 23, 2023

_____

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Joey Lamont Brunson, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joey Lamont Brunson petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently granted the Government's motion for summary judgment and denied Brunson relief on his § 2255 motion. Accordingly, because the district court has recently decided Brunson's case, we deny the mandamus petition as moot. To the extent that Brunson seeks recusal of the district court judge in this mandamus petition, we conclude that Brunson's conclusory assertions of bias are insufficient to warrant recusal. *See Belue v. Leventhal*, 640 F.3d 567, 572-73 (4th Cir. 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*